IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Tammy Schmidt, on behalf of herself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>Heartland Financial USA, Inc.<br><br>　　　Defendant. | Case No. 21-cv-354 |

## UNABRIDGED COMPENDIUM OF STATE COURT FILINGS

The following filings from the state court action removed to this Court are attached here:

| Docket No. | Date of Entry | Document Title |
|---|---|---|
| 1 | April 13, 2021 | Electronic Filing Notice |
| 2 | April 13, 2021 | Summons and Class Action Complaint |
| 3 | April 13, 2021 | Exhibit B to the Class Action Complaint |
| 4 | April 13, 2021 | Exhibit A to the Class Action Complaint |
| 5 | April 27, 2021 | Affidavit of Service |
| 6 | May 26, 2021 | Notice of Appearance |

QB\68525830.1

May 26, 2021

    *s/ Matthew Splitek*
Matthew Splitek (SBN 1045592)
Alexandria W. Shortridge (SBN 1086553)
QUARLES & BRADY LLP
33 E. Main St., Suite 900
Madison, WI 53703
(608) 283-2454
matthew.splitek@quarles.com
alexandra.shortridge@quarles.com

Ryan Scarborough (*pro hac vice* application forthcoming)
Jesse Smallwood (*pro hac vice* application forthcoming)
Juli Ann Lund (*pro hac vice* application forthcoming)
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000 / Fax (202) 434-5029
rscarborough@wc.com
jsmallwood@wc.com
jlund@wc.com

*Attorneys for Heartland Financial USA, Inc.*